

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

2023 APR 17 AM 11:12

OFFICE OF THE CLERK

ERIC-Lockett
_Petitioner_

v.

Case No. 8:23CV148
(Supplied by Clerk of Court)

Micheal-meyers
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: ERIC-Jonnaton-Lockett
   (b) Other names you have used: TOP LOCK
2. Place of confinement:
   (a) Name of institution: 710 SO 17th Street OMAHA NE: 68102
   (b) Address: Douglas cty Dept CORR.
   (c) Your identification number:
3. Are you currently being held on orders by:
   ☐ Federal authorities  ☒ State authorities  ☐ Other - explain: UNLAWFUL Detainer
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: ___
   (b) Docket number of criminal case: CR22-22193
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain): ___

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

RECEIVED
APR 17 2023
CLERK
U.S. DISTRICT COURT

Page 2 of 9



AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☒ ~~Pretrial detention~~
☐ Immigration detention
☒ ~~Detainer~~
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____

   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   _____

   (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes      ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: N/A
       _____

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes      ☒ No



AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: MANDAMUS AWARD OR TREMBLE DAMAGES



AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system? (4/12/23)

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: April 12, 2023

Signature of Petitioner: Eric J. Zoucha

Inmate #(1551891) PRO-SE

Signature of Attorney or other authorized person, if any

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised: N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes  ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Motion To Quash
(b) Name of the authority, agency, or court: Douglas County District Court 1701 Farnam St, Omaha 68183
(c) Date of filing: Unsure
(d) Docket number, case number, or opinion number: CR22-22193
(e) Result:
(f) Date of result: (Pending)
(g) Issues raised: Violation-Of-Six Months Speed Trial Rights



AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation - of - State -of- Neb. State Const. Statute on "Proable - Cause And State Statutory Proable Cause Statute."

(a) Supporting facts (Be brief. Do not cite cases or law.):

(See): 29-1407.01: Grand Jury Proceeding 29-1207 (2)(3)(C)

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes              ☐ No

**GROUND TWO:** Defendant Objects To Form Of - Change in Pending case

(a) Supporting facts (Be brief. Do not cite cases or law.):

State V. Williams, 277 NEb. 133, - 761 N.W. 2d 514 (NEB 2009) Statute (29-1207)

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes              ☐ No

**GROUND THREE:** N/A

(a) Supporting facts (Be brief. Do not cite cases or law.): N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes              ☐ No



AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No



AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised: N/A

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised: N/A

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No

If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☒ No

Eric J. Lockett
Printed Name

( 1563179 ) ( 11-5 )
Data #     Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

(Legal-mail)

OMAHA NE 680
15 APR 2023 PM 2 L

ATTN: U.S. District Crt, Clerk #1152
111 So. 18th Plaza
Omaha, NE 68102

RECEIVED
APR 17 2023
CLERK
U.S. DISTRICT COURT

68102-132277

Legal-mail

